WILLIAM BERBERICH, Respondent, *v.* SYRACUSE RAPID TRANSIT RAILWAY COMPANY, Appellant.

*Berberich* v. *Syracuse R. Tr. Ry. Co.*, 84 App. Div. 632, affirmed.
(Argued March 25, 1904; decided April 8, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 14, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles E. Spencer* for appellant.

*Frank C. Sargent* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.

---

GEORGE E. CORWIN, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Corwin* v. *Erie R. R. Co.*, 84 App. Div. 555, affirmed.
(Argued March 25, 1904; decided April 8, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Henry Bacon, John J. Beattie* and *Joseph Merritt* for appellant.

*John C. R. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.